UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

**CHRISTOPHER KELLY,**

                Plaintiff,

- against -

**METRO-NORTH COMMUTER RAILROAD,**

                Defendant.

------------------------------------------------------------X

16 Civ. 8495 (NSR)(JCM)

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the Attorneys for all parties herein, that all causes of action asserted by the Plaintiff against the Defendant, METRO-NORTH COMMUTER RAILROAD, in the above-entitled action be, and the same hereby are, dismissed with prejudice and without costs, and an Order to that effect may be entered without further notice.

Dated: February 2, 2018
       Yonkers, New York

PAUL W. MEYER, JR., ESQ.
Attorney for Plaintiff

_____
**Paul W. Meyer, Jr., Esq.**

LANDMAN CORSI BALLAINE & FORD P.C.
Attorney for Defendant

By: _____
      **Philip DiBerardino**

SO ORDERED:

_____
U.S.D.J. / ~~U.S.M.J.~~

Dated: Feb. 28, 2018 White Plains, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/28/2018